FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D18-4488
_____

TERRANCE J. HARTLEY,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition Alleging Ineffective Assistance of Appellate Counsel—
Original Jurisdiction.

May 24, 2019

PER CURIAM.

The petition alleging ineffective assistance of appellate counsel is denied on the merits.

ROWE, JAY, and M.K. THOMAS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Terrance J. Hartley, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.